E-FILED
Thursday, 23 August, 2018  03:47:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 965 ) | |
| HEALTH BENEFIT PLAN, ) | |
| INTERNATIONAL UNION OF ) | |
| OPERATING ENGINEERS LOCAL ) | |
| UNION 965 ANNUITY FUND, ) | |
| CENTRAL PENSION FUND OF THE ) | |
| INTERNATIONAL UNION OF ) | |
| OPERATING ENGINEERS, OPERATING ) | |
| ENGINEERS LOCAL 965 APPRENTICE ) | |
| TRAINING AND RETRAINING FUND, ) | |
| CENTRAL ILLINOIS BUILDERS ) | |
| INDUSTRY ADVANCEMENT FUND, ) | |
| INTERNATIONAL UNION OF ) | |
| OPERATING ENGINEERS 965 ) | |
| POLITICAL EDUCATION FUND, and ) | |
| INTERNATIONAL UNION OF ) | |
| OPERATING ENGINEERS LOCAL 965, ) | |
| ) | |
| ) | |
|         Plaintiffs, ) | |
| ) | |
|  v. ) | Case No. 18-3111 |
| ) | |
| SICILIANO, INC., ) | |
| ) | |
|         Defendant. ) | |

ORDER ON DEFAULT JUDGMENT

RICHARD MILLS, United States District Judge:

Pending before the Court is the Plaintiffs' Motion for a Default Judgment.

The Court has reviewed the motion and memorandum in support, in addition

to the other relevant pleadings.  The Complaint having been duly filed and served upon the Defendant, Siciliano, Inc., and the Defendant having failed to answer the Complaint, the Plaintiffs are hereby awarded a Default Judgment against the Defendant.

Ergo, the Plaintiffs Motion for a Default Judgment [d/e 6] is ALLOWED.

IT IS HEREBY ORDERED AS FOLLOWS:

A. Judgment is entered in favor of Plaintiffs, Operating Engineers Local 965 Health Benefit Plan, *et al*., and against Defendant, Siciliano, Inc., in the total amount of $12,815.43, which consists of contributions and check-offs in the amount of $8,135.27 for the time period of August 2016 through December 2016, calculable liquidated damages and interest in the amount of $1,355.71, and attorney's fees and costs in the amount of $3,324.45;

B. Plaintiff are granted leave to move for their reasonable, post-judgment attorney's fees and costs that are incurred in enforcing the terms of this Judgment; and

C. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

ENTER: August 22, 2018

FOR THE COURT:

/s/ *Richard Mills*
Richard Mills
United States District Judge